**E-filed 12/4/06**

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2  MARK L. KROTOWSKI (CASBN 138549)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorneys for Plaintiff
5
         150 Almaden Blvd., Suite 900
6        San Jose, California 95113-3081
         Telephone: (408) 535-5065
7        Fax: (408) 535-5066
         E-mail: carlos.singh@usdoj.gov
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00576-JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | HEARING |
| VENICIO GASCA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate to a continuance of the December 6, 2006 sentencing hearing date to December 20 2006, at 9:00am, as government counsel will be out of the district on business travel on December 6 and defense counsel will not have completed his current trial. The probation officer is available for sentencing on December 20.

_____/S/_____           _____/S/_____
DANIEL JENSEN, Esq.                 CARLOS  SINGH
Counsel for Venico Gasca            Counsel for the Government

Dec. 1, 2006                        Dec. 1, 2006

**SO ORDERED.**

Dec. _4_, 2006
                                    _____
                                    JEREMY FOGEL
                                    United States District Judge