**Original Filed 5/21/07**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VINICIO GASCA,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Civ. Case No. C 07-2121 JF<br>Crim. Case No. CR 06-0576 JF<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

Petitioner,[1] a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255.  IT IS ORDERED as follows:

(1)    The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Petitioner.

---

[1] This action was commenced by Vinicio Gasca on April 17, 2007, when he filed a "Motion For Time Reduction By An Inmate in Federal Custody Under (28 U.S.C. §2255)."  That motion bore the heading of the underlying criminal proceeding, *United States v. Gasca*, Case No. CR 06-0576 JF.  Because this is a separate action under 28 U.S.C. § 2255, Gasca is the Petitioner herein and the Government is the Respondent.  The Clerk of the Court shall amend the docket to reflect the proper designations of the parties.

Civ. Case No. C 07-2121 JF / Crim. Case No. CR 06-0576 JF
ORDER TO SHOW CAUSE
(JFLC1)

1    (2)   Respondent shall, in writing and within thirty (30) days after receiving this Order,
2    file an opposition to the Motion showing cause why the Motion should not be granted.
3    (3)   Petitioner may file a reply within twenty (20) days after receiving the opposition.
4    (4)   Unless otherwise ordered by the Court, the matter will be deemed submitted upon
5    the filing of the reply or upon the expiration of time to file a reply.

8    DATED: May 21, 2007

    _____
    JEREMY FOGEL
    United States District Judge

2
Civ. Case No.  C 07-2121 JF / Crim. Case No. CR 06-0576 JF
ORDER TO SHOW CAUSE
(JFLC1)